# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

MONTY M. SHELTON
REG. #10426-078                                                                                          PLAINTIFF

v.                                       2:19-cv-00145-JM-JJV

UNITED STATES OF AMERICA; and
JERRY CISSEL, Officer, SIS Investigations                                        DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Cissel's Motion for Summary Judgment (Doc. 49) is GRANTED, Plaintiff's claim against Defendant Cissel is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

3. The Clerk's Office reports that there is an overpayment of the filing fee of $42.70 in this case. The Clerk is directed to refund the money to Mr. Shelton's prison account. Mr. Shelton's motion (Doc. 56) is GRANTED.

Dated this 21st day of October 2020.

_____
UNITED STATES DISTRICT JUDGE