IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MONTY M. SHELTON,
REG. #10426-078                                                                                      PLAINTIFF

v.                                       2:19-cv-00145-JM-JJV

UNITED STATES OF AMERICA; and
JERRY CISSEL, Officer, SIS Investigations                                           DEFENDANTS

## JUDGMENT

Consistent with the dismissal Orders entered separately, the Complaint is DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 21st day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE